Certificate Number: 05781-PR-DE-024324273

Bankruptcy Case Number: 14-06245



05781-PR-DE-024324273

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2014, at 9:38 o'clock AM PDT, Brian Castro completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 8, 2014

By: /s/Allison M Geving

Name: Allison M Geving

Title: President